■ NACLERIO CONTRACTING CO. v CITY OF NEW YORK.—Motion denied, insofar as it seeks reargument and, insofar as it seeks leave to appeal to the Court of Appeals, granted on the basis of the following certified question: "Was the order of this court, which reversed the order of the Supreme Court, properly made?" Concur—Kupferman, J. P., Ross, Asch, Fein and Kassal, JJ.